UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 JAN 14 AM 11: 12

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTIAN J. NAVOY ) | INDICTMENT NO. CR608-00015 |
| JENNIFER LYN NAVOY | |

## AMENDED ORDER

On January 9, 2009, Defendants filed a Joint Motion for Reconsideration of Joint Motion to Modify Condition of Pretrial Release. The Court has examined the Motion for Reconsideration and has consulted with members of the United States Probation Office regarding the merits of the Motion.

Based on the foregoing, the Court hereby **GRANTS** Defendants' motion. Defendants' conditions of pretrial release are hereby modified to allow them to reside and travel within the Southern District of Florida. The Court acknowledges that this will require transfer of Defendants' pretrial supervision to the Southern District of Florida. All other conditions of bond as originally set remain the same.

**SO ORDERED**, this ___14___ day of January, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia